UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

CARLOS PORTALATIN,

                Petitioner,

   -against-

HAROLD GRAHAM, Superintendent,
Auburn Correctional Facility,

                Respondent.
-------------------------------------------------------------------X

JUDGMENT
06-CV- 5002 (JG)

**FILED**
IN CLERKS OFFICE
U.S. DISTRICT COURT ED. N.Y.

★ MAR 2 7 2007 ★

P.M. _____
TIME A.M. _____

     A Memorandum and Order of Honorable John Gleeson, United States District
Judge, having been filed on March 22, 2007, granting petitioner's petition for a writ of
habeas corpus; directing the State Court to vacate and resentence petitioner in proceedings
consistent with the Court's Memorandum and Order dated March 22, 2007; and ordering that
if respondent files a Notice of Appeal, the relief granted is stayed pending the outcome of the
appeal; it is

     ORDERED and ADJUDGED that petitioner's petition for a writ of habeas corpus
is granted; that the State Court is directed to vacate petitioner's sentence and to resentence
petitioner in proceedings consistent with the Court's Memorandum and Order dated March
22, 2007; and that if respondent files a Notice of Appeal, the relief granted is stayed pending
the outcome of the appeal.

Dated: 3/27/07

Approved by:     s/John Gleeson

              John Gleeson
              United States District Judge

Dated: Brooklyn, New York
       March 23, 2007

                                         Robert C. Heinemann
                                         Clerk of Court

                             By: s/Terry Vaughn
                                     Terry Vaughn
                                     Chief Deputy of
                                     Court Operations